**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION**

**BILLY JOE DENHAM, JR.**                                                                       **PLAINTIFF**

**v.**                       **Civil No. 09-4087**

**LARRY MARION, Nashville
Police Department, Nashville, Arkansas**                          **DEFENDANT**

### O R D E R

Now on this 3rd day of December, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. Barry A. Bryant** (document #5, filed November 2, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Complaint is hereby **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                                        **/s/Jimm Larry Hendren
                                                        HON. JIMM LARRY HENDREN
                                                        UNITED STATES DISTRICT JUDGE**